This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40527

STATE OF NEW MEXICO ex rel.
HUMAN SERVICES DEPARTMENT
and JENNIFER OLGUIN,

       Petitioners-Appellees,

v.

RENE EZEQUIEL RODRIGUEZ,

       Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY
Casey Fitch, District Judge

Pacheco Law Office, LLC
Sharice Ogas Pacheco
Las Cruces, NM

for Appellees

Rene Ezequiel Rodriguez
Las Cruces, NM

Pro Se Appellant

### MEMORANDUM OPINION

**IVES, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**SHAMMARA H. HENDERSON, Judge**